```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 07 B 21116
  DANIEL J FORD
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8616


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
    The case was filed on 11/09/2007 and was not confirmed.

    The case was transferred to Glenn Stearns, Trustee on 12/27/2007.
----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                           PAID        PAID
----------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED         .00         .00
ILLINOIS DEPT OF REVENUE  PRIORITY        NOT FILED         .00         .00
NORTHWESTERN MEMORIAL HO  UNSECURED       NOT FILED         .00         .00
ERNEST WILEY & ASSOC      DEBTOR ATTY          .00                      .00
TOM VAUGHN                TRUSTEE                                       .00
DEBTOR REFUND             REFUND                                        .00

        Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                   .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                      --------------       --------------
TOTALS                     .00                   .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
    Dated: 04/04/08              _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```