```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 21116
   DANIEL J FORD
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-8616

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/09/2007 and was not confirmed.

     The case was transferred to Glenn Stearns, Trustee on 12/27/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY       NOT FILED           .00          .00
ILLINOIS DEPT OF REVENUE  PRIORITY       NOT FILED           .00          .00
NORTHWESTERN MEMORIAL HO  UNSECURED      NOT FILED           .00          .00
ERNEST WILEY & ASSOC      DEBTOR ATTY         .00                         .00
TOM VAUGHN                TRUSTEE                                         .00
DEBTOR REFUND             REFUND                                          .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                                 .00

PRIORITY                                                          .00
SECURED                                                           .00
UNSECURED                                                         .00
ADMINISTRATIVE                                                    .00
TRUSTEE COMPENSATION                                              .00
DEBTOR REFUND                                                     .00
                                 ---------------        ---------------
TOTALS                                  .00                       .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 04/23/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```